# UNITED STATES JUDICIAL PANEL
## on
## MULTIDISTRICT LITIGATION

**IN RE: BOSTON SCIENTIFIC CORP. PELVIC
REPAIR SYSTEM PRODUCTS LIABILITY
LITIGATION**

MDL No. 2326

(SEE ATTACHED SCHEDULE)

## CONDITIONAL TRANSFER ORDER (CTO −29)

On February 7, 2012, the Panel transferred 21 civil action(s) to the United States District Court for the Southern District of West Virginia for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. §1407. *See* _F.Supp.2d_ (J.P.M.L. 2012). Since that time, 197 additional action(s) have been transferred to the Southern District of West Virginia. With the consent of that court, all such actions have been assigned to the Honorable Joseph R Goodwin.

It appears that the action(s) on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Southern District of West Virginia and assigned to Judge Goodwin.

Pursuant to Rule 7.1 of the <u>Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation</u>, the action(s) on the attached schedule are transferred under 28 U.S.C. §1407 to the Southern District of West Virginia for the reasons stated in the order of February 7, 2012, and, with the consent of that court, assigned to the Honorable Joseph R Goodwin.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Southern District of West Virginia. The transmittal of this order to said Clerk shall be stayed 7 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 7−day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

Inasmuch as no objection is
pending at this time, the
stay is lifted.

Jul 20, 2012

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

A TRUE COPY CERTIFIED ON

JUL 2 4 2012

TERESA L. DEPPNER, CLERK
U.S. District Court
Southern District of West Virginia

By _____ Deputy

IN RE: BOSTON SCIENTIFIC CORP. PELVIC
REPAIR SYSTEM PRODUCTS LIABILITY
LITIGATION                                                    MDL No. 2326

### SCHEDULE CTO−29 − TAG−ALONG ACTIONS

| DIST | DIV. | C.A.NO. | CASE CAPTION |
|------|------|---------|--------------|

ARKANSAS WESTERN

| ARW | 2 | 12−02153 | Rodriguez et al v. Boston Scientific Corporation et al |

CALIFORNIA EASTERN

| ~~CAE~~ | ~~1~~ | ~~12−00442~~ | ~~(HC)Hernandez v. Hedgpeth~~   Vacated 07/12/2012 |

CALIFORNIA NORTHERN

| CAN | 3 | 12−03335 | Gable v. Boston Scientific Corporation et al |
| CAN | 3 | 12−03344 | Nunley v. Boston Scientific Corporation |
| CAN | 3 | 12−03469 | Green et al v. Boston Scientific Corporation et al |
| CAN | 4 | 12−03471 | Wynn et al v. Boston Scientific Corporation et al |

FLORIDA MIDDLE

| FLM | 2 | 12−00357 | Bresky et al v. Boston Scientific Corporation |

INDIANA NORTHERN

| INN | 3 | 12−00368 | Jones et al v. Boston Scientific Inc et al |

KENTUCKY EASTERN

| KYE | 6 | 12−00129 | Proctor v. Boston Scientific Corporation |

KENTUCKY WESTERN

| KYW | 3 | 12−00366 | Lewis et al v. Boston Scientific Corporation |

LOUISIANA EASTERN

| LAE | 2 | 12−01761 | Molinario et al v. Boston Scientific Corporation d/b/a Mansfield Scientific, Inc. & Microvasive, Inc. |

LOUISIANA MIDDLE

| LAM | 3 | 12−00409 | Carroll v. Boston Scientific Corporation |

LOUISIANA WESTERN

| LAW | 6 | 12−01861 | Billiot et al v. Boston Scientific Corporation (d/b/a Mansfield Scientific, Inc. & Microvasive, Inc. |

MASSACHUSETTS

| MA | 1 | 12−11209 | Broadnax v. Boston Scientific Corporation et al |
| MA | 1 | 12−11231 | Botkin v. Boston Scientific Corporation & Microvasive, Inc. |
| MA | 1 | 12−11232 | Carter v. Boston Scientific Corporation |

MISSOURI WESTERN

| MOW | 4 | 12−00880 | Woods et al v. Boston Scientific Corporation |
| MOW | 4 | 12−00881 | Heintz et al v. Boston Scientific Corporation et al |

UTAH

| UT | 1 | 12−00146 | Ramsay v. Boston Scientific |
| UT | 1 | 12−00147 | Tanner et al v. Boston Scientific |
| UT | 1 | 12−00148 | Hyer et al v. Boston Scientific |
| UT | 1 | 12−00149 | Jex v. Boston Scientific |
| UT | 2 | 12−00646 | Ruttenbur v. Boston Scientific |
| UT | 2 | 12−00647 | Stewart et al v. Boston Scientific |
| UT | 2 | 12−00648 | Thorpe v. Boston Scientific |
| UT | 2 | 12−00649 | Hatch et al v. Boston Scientific |
| UT | 2 | 12−00650 | Richins v. Boston Scientific |
| UT | 2 | 12−00651 | Christiansen et al v. Boston Scientific |
| UT | 2 | 12−00652 | Clark et al v. Boston Scientific |
| UT | 2 | 12−00653 | Beardall et al v. Boston Scientific |
| UT | 2 | 12−00654 | Hughes et al v. Boston Scientific |
| UT | 2 | 12−00655 | Johnson et al v. Boston Scientific |
| UT | 2 | 12−00656 | Lee et al v. Boston Scientific |
| UT | 2 | 12−00657 | Pierpont et al v. Boston Scientific |
| UT | 2 | 12−00658 | Robinson et al v. Boston Scientific |
| UT | 2 | 12−00659 | Whipple et al v. Boston Scientific |
| UT | 2 | 12−00660 | Wilbur et al v. Boston Scientific |